CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
Amy M. Karlin (Bar No. 150016)
Chief Deputy Federal Public Defender
(E-Mail: Amy_Karlin@fd.org)
411 West Fourth Street, Suite 7110
Santa Ana, California  92701-4598
Telephone:  (714) 338-4500
Facsimile:  (714) 338-4520

Attorneys for Defendant
RAIF WADIE ISKANDER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAIF WADIE ISKANDER,<br><br>　　　　　Defendant. | Case No. SA CR 19-136-JVS<br><br>**RENEWED STIPULATION RE: CONTINUANCE OF SENTENCING HEARING FROM JANUARY 24, 2022 TO APRIL 18, 2022 AND [PROPOSED] ORDER** |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, United States of America, by and through its attorney of record, Assistant United States Attorney Rosalind Wang and Defendant Raif Wadie Iskander, by and through his attorney of record, Deputy Federal Public Defender Amy M. Karlin, that the sentencing hearing presently set for Monday, January 24, 2022 at 9:30 a.m. be continued to Monday, April 18, 2022 at 9:30 a.m. for the following reason:

　　　　1.　　Mr. Iskander had surgery for a brain tumor in October 2021. He continues to have health issues relating to the tumor and has several follow-up appointments scheduled in the coming months, including an MRI to determine if the surgery successfully removed all the tumor.

2. Defense counsel has requested the medical records regarding Mr. Iskander's October surgery but has not received them as of the date of this stipulation.

3. These medical records are necessary for defense counsel to prepare her position regarding sentencing.

4. The parties believe it is in the best interest of the case for Mr. Iskander's sentencing hearing to be continued to Monday, April 18, 2022 at 9:30 a.m.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: January 7, 2022      By  /s/ Amy M. Karlin
                            AMY M. KARLIN
                            Chief Deputy


TRACY WILKISON
Acting United States Attorney

DATED: January 7, 2022      By  /s/ Rosalind Wang (Per email authority)
                            ROSALIND WANG
                            Assistant United States Attorney